Warton Supplies, Inc. v GEICO Indem. Co. (2021 NY Slip Op 51256(U))

[*1]

Warton Supplies, Inc. v GEICO Indem. Co.

2021 NY Slip Op 51256(U) [73 Misc 3d 146(A)]

Decided on December 22, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on December 22, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., WAVNY TOUSSAINT, DONNA-MARIE E.
GOLIA, JJ

2020-655 K C

Warton Supplies, Inc., as Assignee of Alana
Rose, Appellant, 
against
GEICO Indemnity Company, Respondent.

Kopelevich & Feldsherova, P.C. (David Landfair of counsel), for appellant.
Rivkin Radler, LLP (Stuart M. Bodoff of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Lorna J.
McAllister, J.), dated October 11, 2019. The order, insofar as appealed from, upon reargument,
adhered to that court's prior determination in an order entered March 20, 2019 granting
defendant's motion for summary judgment dismissing the complaint.

ORDERED that the order dated October 11, 2019, insofar as appealed from, is affirmed,
with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, defendant moved
for summary judgment dismissing the complaint on the ground, as relevant here, that plaintiff
had failed to appear for duly scheduled examinations under oath. By order entered March 20,
2019, the Civil Court granted defendant's motion dismissing the complaint. Plaintiff thereafter
moved to reargue its opposition to defendant's summary judgment motion. Plaintiff appeals from
so much of an order of the Civil Court dated October 11, 2019 as, upon reargument, adhered to
the court's prior determination in the March 20, 2019 order granting defendant's motion for
summary judgment dismissing the complaint.
For the reasons stated in Warton Supplies, Inc., as Assignee of Jean Louis v GEICO (Gov
Employees) (— Misc 3d &mdash, 2021 NY Slip Op — [appeal No. 2019-859
K C], decided herewith), the order dated October 11, 2019, insofar as appealed from, is affirmed.

ALIOTTA, P.J., TOUSSAINT and GOLIA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 22, 2021